617 A.2d 1263

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Terry TYLER, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 17, 1992.

### ORDER

PER CURIAM.

AND NOW, this 17th day of November, 1992, upon consideration of the Commonwealth's Motion to Quash it is hereby ordered that the within Petition for Allowance of Appeal be, and the same is hereby quashed. (See *Commonwealth of Pennsylvania v. Tyrone Jones*, 530 Pa. 536, 610 A.2d 439 (1992)).